# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 CV 37

| | |
|---|---|
| CHAD TAYLOR, on behalf of himself and all others similarly situated, ) ) ) Plaintiff ) ) ) V ) ) DPB DEVELOPMENT, INC., d/b/a OIL ) WELL LUBE CENTER, a corporation, and ) DANIEL P. BROWN, an individual, ) ) Defendants. ) | **AMENDED ORDER** |

**THIS MATTER** is before the Court on Brian L. Kinsley's Application for Admission to Practice *Pro Hac Vice* of Patrick S. Almonrode. It appearing that Patrick S. Almonrode is a member in good standing with the New York State Bar and will be appearing with Brian L. Kinsley, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Brian L. Kinsley's Application for Admission to Practice *Pro Hac Vice* (#4) of Patrick S. Almonrode **GRANTED**,

and that Patrick S. Almonrode is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Brian L. Kinsley.

Signed: March 11, 2016

Dennis L. Howell
United States Magistrate Judge