IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 37

| | |
|---|---|
| CHAD TAYLOR, on behalf of himself and all other similarly situated, ) ) ) | |
| Plaintiff ) ) | **ORDER** |
| v ) ) | |
| DPB DEVELOPMENT, INC., d/b/a OIL WELL LUBE CENTER, a corporation, and DANIEL P. BROWN, An individual, ) ) ) ) ) | |
| Defendants. ) | |

**THIS MATTER** has come before the undersigned pursuant to a Joint Motion to Extend Discovery Deadlines by Sixty Days (#33) filed by the parties in this matter. The undersigned entered a Pretrial Order and Case Management Plan (#19) which provided that discovery in this matter was to be completed by February 1, 2017, with mediation to occur before February 15, 2017, and dispositive motions to be filed before March 1, 2017. The parties now state that while the discovery period was pending, they agreed to postpone depositions while they were discussing settlement. It now appears, one week before discovery is to end, they have not taken depositions nor completed discovery in this case. The parties now request that all deadlines,

1

other than trial, be extended by sixty days. If granted, the motion would limit the time for an already hard working and overworked District Judge to consider any dispositive motions to less than three months. As a result, the undersigned considers the requests made in the motion to be unreasonable, but will allow the motion in part.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Joint Motion to Extend Discovery Deadlines by Sixty Days (#33) **is ALLOWED in part and DENIED in part. It is ORDERED** that the discovery completion deadline in this matter be extended until **March 1, 2017;** mediation shall be completed by **March 15, 2017**; and the dispositive motions shall be filed by **April 1, 2017**. The ready date for trial shall remain **August 7, 2017**.

Signed: January 27, 2017

Dennis L. Howell
United States Magistrate Judge