UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00037-MOC-DLH

| | | |
|---|---|---|
| **CHAD TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **DANIEL P. BROWN** | ) | |
| **DPB DEVELOPMENT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the parties' Joint Motion to Dismiss Pursuant to Confidential Settlement Agreement (#41). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that parties' Joint Motion to Dismiss Pursuant to Confidential Settlement Agreement (#41) is **GRANTED**, and this matter is **DISMISSED** with prejudice pursuant to Rule 41.

The Clerk of Court is instructed to enter a Judgment in accordance with this Order.

Signed: April 27, 2017

Max O. Cogburn Jr.
United States District Judge

-1-